### Thomas Stanley vs. Sloop *Hopewell*, 1752

At a Court of Vice Admiralty Held at Newport In the Colony of Rhode Island on Tuesday the Twenty fifth Day of August A: D: 1752. at Ten o Clock A. M.

Present the Honorable Samuel Wickham Esq^r Dep^t Judge

The Court being opened